IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:13-CR-138-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL |
| | ) | |
| | ) | |
| KENNETH LAMONT BARNES | ) | |

This matter comes before the Court on the motion (DE 125) of Defendant Kenneth Lamont Barnes to seal his motion for downward variance and incorporated sentencing memorandum (DE 124). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED.

IT IS SO ORDERED.

This the 2nd day of June, 2016.

_____
Louise W. Flanagan
United States District Judge